UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No.: 1:22-cv-00404-LCB-LPA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, on its own behalf and as Assignee of Surry County, North Carolina,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>  Defendant. | **OBJECTION AND MOTION TO QUASH SUBPOENA** |

  Defendant American Alternative Insurance Corporation ("AAIC"), by and through undersigned counsel, and pursuant to Rule 45(d) of the Federal Rules of Civil Procedure and the Court's Text Order of March 22, 2023, hereby objects and moves to quash the Plaintiff's Subpoena issued to Surry County on May 31, 2023 for the reasons set forth in its Brief in Support of its Motion filed contemporaneously herewith.

  Wherefore, Defendant respectfully requests the Court enter an Order Quashing Plaintiff's subpoena issued to Surry County on May 31, 2023.

  This the 7th day of June, 2023.

            **TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**

      BY:  /s/ *J Matthew Little*
          J. Matthew Little – N.C. State Bar No. 20032
          4700 Falls of Neuse Road, Suite 450
          Raleigh, North Carolina 27609
          Telephone: (919) 719-4782
          Fax:    (919) 873-1814
          Email:   mlittle@teaguecampbell.com

**TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**

BY: <u>*/s/ William A. Bulfer*</u>
      William A. Bulfer – N.C. State Bar No. 31424
      117 Cherry Street North
      Asheville, North Carolina 28801
      Telephone: (919) 805-5017
      Fax: (919) 873-1814
      Email: wbulfer@teaguecampbell.com
      ***Attorneys for American Alternative Insurance Corporation***

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 7, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

By: /s/ *J. Matthew Little*
William A. Bulfer
J. Matthew Little